IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ROBERT SEABROOKS,

    Petitioner,                    No. CIV S-05-1009 LKK GGH P

    vs.

THOMAS L. CAREY, et al.,

    Respondents.                ORDER

_____/

        On September 16, 2005, the court dismissed this action based on petitioner's failure to exhaust state court remedies. On October 4, 2005, petitioner filed a motion for reconsideration. The court construes this motion as a request for relief from judgment pursuant to Fed. R. Civ. P. 60(b). After carefully considering the record, the court finds that petitioner's motion is without merit.

        Accordingly, IT IS HEREBY ORDERED that petitioner's October 4, 2005, motion for reconsideration, construed as a request for relief from judgment pursuant to Fed. R. Civ. P. 60(b), is denied.

DATED: February 23, 2006.

                                      /s/Lawrence K. Karlton
                                      UNITED STATES DISTRICT JUDGE